UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN RICHARD EDWARDS, | ) | No: 1:11-cr-191-SEB-KPF-01 |
|    a/k/a "dacorr" | ) | |
|    a/k/a "dacor" | ) | |
| THOMAS BLAKE VAUGHN, | ) | No: 1:11-cr-191-SEB-KPF-02 |
|    a/k/a "TazBlunt" | ) | |
|    a/k/a "Taz" | ) | |
|    a/k/a "TazCOLTS" | ) | |
|    a/k/a "Tazsvs" | ) | |
|    a/k/a "^TazBlunt" | ) | |
|    a/k/a "Tazzy", | ) | |
| JOHN REX POWELL, | ) | No: 1:11-cr-191-SEB-KPF-03 |
|    a/k/a "thebeav" | ) | |
|    a/k/a "beaverc" | ) | |
|    a/k/a "BeavBirds" | ) | |
|    a/k/a "p^r^noid" | ) | |
|    a/k/a "beaver", | ) | |
| DON PRINTUP, | ) | No: 1:11-cr-191-SEB-KPF-04 |
|    a/k/a "Waterb0y", | ) | |
| MICHAEL FREDETTE, | ) | No: 1:11-cr-191-SEB-KPF-05 |
|    a/k/a "W0rf", | ) | |
| ROBERT CHRISTOPHER GUILLEN, | ) | No: 1:11-cr-191-SEB-KPF-06 |
|    a/k/a "Pink_Freud" | ) | |
|    a/k/a "Pink Link" | ) | |
|    a/k/a "Pnk_Freud", | ) | |

| | | |
|---|---|---|
| DAVID BEBETU, | ) | No: 1:11-cr-191-SEB-KPF-07 |
|     a/k/a "Ajax_WaX" | ) | |
|     a/k/a "AJ" | ) | |
|     a/k/a "AmericanJ" | ) | |
|     a/k/a "Ajax" | ) | |
|     a/k/a "Stax" | ) | |
|     a/k/a "AJG" | ) | |
|     a/k/a "AJaY" | ) | |
|     a/k/a "A_Jax" | ) | |
|     a/k/a "_AJ_" | ) | |
|     a/k/a "_AJaY_" | ) | |
|     a/k/a "Ajax-Wax" | ) | |
|     a/k/a "AjaY--", | ) | |
| STEPHEN HARVEY DAULT, | ) | No: 1:11-cr-191-SEB-KPF-08 |
|     a/k/a "Jordy13" | ) | |
|     a/k/a "Jordan" | ) | |
|     a/k/a "Jordan13", | ) | |
| RICK LEON, | ) | No: 1:11-cr-191-SEB-KPF-09 |
|     a/k/a "^JonJon^" | ) | |
|     a/k/a "Jonny", | ) | |
| JOHN D. GRIES, | ) | No: 1:11-cr-191-SEB-KPF-10 |
|     a/k/a "Boytron", | ) | |
|     a/k/a "Bootron", | ) | |
|     a/k/a "Boytron2", | ) | |
| JAMES MCCULLARS, | ) | No: 1:11-cr-191-SEB-KPF-11 |
|     a/k/a "^dj", | ) | |
|     a/k/a "deejjaayy", | ) | |
|     a/k/a "d_jay", | ) | |
|     a/k/a "ddjj", | ) | |
|     a/k/a "deej", | ) | |
| | ) | |
|     Defendants. | ) | |

SECOND SUPERSEDING INDICTMENT

Count One

Child Pornography Enterprise
18 U.S.C. § 2252A(g)(2)

The grand jury charges:

1. From in or about April, 2008, to on or about October 17, 2011, in the Southern District of Indiana and elsewhere, each of the defendants, JOHN RICHARD EDWARDS, a/k/a "dacorr", a/k/a "dacor", THOMAS BLAKE VAUGHN, a/k/a "TazBlunt", a/k/a "Taz", a/k/a "TazCOLTS", a/k/a "Tazsvs", a/k/a "^TazBlunt", a/k/a "Tazzy", JOHN REX POWELL, a/k/a "thebeav", a/k/a, "beaverc", a/k/a "BeavBirds", a/k/a " p^r^noid", a/k/a "beaver", DON PRINTUP, a/k/a "Waterb0y", MICHAEL FREDETTE, a/k/a "W0rf", ROBERT CHRISTOPHER GUILLEN, a/k/a "Pink_Freud", a/k/a "Pink Link", a/k/a "Pnk_Freud", DAVID BEBETU, a/k/a "Ajax_WaX", a/k/a/ "AJ", a/k/a "AmericanJ", a/k/a "Ajax", a/k/a "Stax", a/k/a "AJG" a/k/a, "AJaY", a/k/a "A_Jax", a/k/a "_AJ_", a/k/a "_AJaY_", a/k/a "Ajax-Wax", a/k/a "AjaY--", STEPHEN HARVEY DAULT, a/k/a "Jordy13", a/k/a "Jordan", a/k/a "Jordan13", RICK LEON, a/k/a "^JonJon^", a/k/a "Jonny", JOHN D. GRIES, a/k/a "Boytron", a/k/a "Bootron", a/k/a "Boytron2", JAMES MCCULLARS, a/k/a "^dj", a/k/a "deejjaayy", a/k/a "d_jay", a/k/a "ddjj", a/k/a "deej", together with unindicted co-conspirator "WoodieAM" a/k/a "AMWoodie", engaged in a child exploitation enterprise by violating Chapter 110 of Title 18 of the United States Code (except for Sections 2257 and 2257A), specifically, distributing and receiving child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been shipped or transported in or affecting interstate or foreign commerce by any means,

3

including by computer, as a part of a series of felony violations constituting three or more separate incidents and involving more than one victim, and committed the violations in concert with three or more other persons, those being, violations of Title 18, United States Code, Section 2252A(a)(2).

All of which is a violation of 18 U.S.C. § 2252A(g)(2).

## Count Two

Conspiracy to Distribute and Receive Child Pornography
18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1)

The grand jury further charges:

2. From in or about April, 2008, to on or about October 17, 2011, in the Southern District of Indiana and elsewhere, each of the defendants, together with unindicted co-conspirator "WoodieAM" a/k/a "AMWoodie", did unlawfully conspire with each other and with other persons known and unknown to the grand jury to distribute and receive child pornography, as

defined in Title 18, United States Code, Section 2256(8), that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

All of which is a violation of 18 U.S.C. §§ 2252A(b)(1) and 2252A(a)(2).

A TRUE BILL:

███████████████████

FOREPERSON

JOSEPH H. HOGSETT
United States Attorney

by: _____
Steven D. DeBrota
Assistant United States Attorney

_____
A. Brant Cook
Assistant United States Attorney

_____
Jeffrey Zeeman
Trial Attorney
United States Department of Justice
Child Exploitation and Obscenity Section

5