UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 1:11CR00191-005 |
| MICHAEL FREDETTE, | ) |
| Defendant, | ) |
| NEW YORK STATE AND LOCAL RETIREMENT SYSTEM, | ) |
| Garnishee. | ) |

**WRIT OF GARNISHMENT**

To: Thomas P. DiNapoli, State Comptroller
New York Office of the Comptroller
Pension Investment and Cash Management
New York State and Local
Retirement System, Garnishee
110 State Street
Albany, NY  12244-0001

This matter is before the Court on the application for a Writ of Garnishment against the property, including the nonexempt earnings, of Michael Fredette, defendant, which was filed by the United States of America.

Whereupon the Court, having considered the application for a writ of continuing garnishment against the earnings of the defendant Michael Fredette now finds that the requirements of 28 U.S.C. § 3205 are satisfied and that an appropriate writ of garnishment shall, and hereby does, issue.

1

IT IS THEREFORE ORDERED THAT:

1. A judgment has been entered against the above-named defendant in the amount of $35,100.00.

2. The Garnishee, New York State and Local Retirement System, is required by law to answer this Writ in writing, under oath, within ten (10) days.

3. The Garnishee shall withhold and retain any property on which the debtor has a substantial nonexempt interest and for which the Garnishee is or may become indebted to the judgment debtor pending further order of this Court.

4. In regard to earnings, the Garnishee shall withhold and retain the lesser of:

   a. Twenty-five percent (25%) of judgment defendant's disposable earnings; or

   b. All amounts of judgment defendant's disposable earnings in excess of thirty times the federal minimum hourly wage.

See 15 U.S.C. § 1673(a).

To calculate disposable earnings, subtract the following from wages, commissions, and income:

   1. Federal Income Tax;
   2. Federal Social Security Tax;
   3. Indiana Adjusted Gross Income Tax;
   4. County Option Tax (if any).

5. The original written answer to this writ must be filed within ten (10) days of service of the writ with the United States District Clerk at: United States District Court, 46 East Ohio Street, U.S. Courthouse, Room 105, Indianapolis, Indiana 46204.

      6.     Copies of the answer must also be served upon the debtor, Michael Fredette, and upon the United States Attorney, 10 West Market Street, Suite 2100, Indianapolis, Indiana 46204.

      7.  Pursuant to 15 U.S.C. § 1674, Garnishee is prohibited from discharging the defendant from employment by reason of the fact that his/her earnings have been subject to garnishment for any one indebtedness.

      8.     Pursuant to 28 U.S.C. § 3205(c)(3), the United States shall serve the Garnishee and the Judgment Defendant with copies of this Writ of Garnishment and shall certify to the Court that such service was made. The writ shall be accompanied by the instructions required by 28 U.S.C. § 3205(c)(3)(A) & (B).

      IT IS SO ORDERED.

Date:   9/8/2014

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Shelese Woods
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana  46204