UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL FREDETTE, )<br>)<br>Defendant, )<br>)<br>NEW YORK STATE AND LOCAL )<br>RETIREMENT SYSTEM, )<br>)<br>Garnishee. ) | Cause No. 1:11CR00191-005 |

**CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT
AND REQUEST FOR HEARING FORM**

You are hereby notified that the non-exempt earnings of Michael Fredette are being taken by the United States of America which has a court judgment in Cause No. 1:11CR00191-005 in the sum of $35,100.00, compounded annually.  A balance of $35,100.00 remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if Michael Fredette can show that the exemptions apply.  Below is a summary of the major exemptions that apply in most situations.

Under section 3014(a) of the Federal Debt Collections Procedures Act, 28 U.S.C. § 3014(a), you, Michael Fredette, have an election as to the exemptions you may claim.  If you properly claim exemptions, that property cannot be taken by the United States Government for satisfaction of your debt.

If you are Michael Fredette, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the above exemptions or if a default judgment has been entered against you, if you think you do not owe the money to the Government that it says you do.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. You must make your request in writing and either mail it or deliver it to the Clerk of the United States District Court at 46 East Ohio Street, U.S. Courthouse, Room 105, Indianapolis, Indiana 46204. If you wish, you may use the last page of this notice, entitled Request for Hearing, to request the hearing by filling out the information and checking an appropriate box, if applicable to you. You must either mail the Request for Hearing or deliver it in person to the Clerk of the United States District Court at 46 East Ohio Street, U.S. Courthouse, Room 105, Indianapolis, Indiana 46204. You must also send a copy of your request to the United States Attorney at 10 West Market Street, Suite 2100, Indianapolis, Indiana 46204, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or if a default judgment has been entered against you why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, your non-exempt wages or earnings will be paid on the debt you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must

make your request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court, 46 East Ohio Street, U.S. Courthouse, Room 105, Indianapolis, Indiana 46204. You must also send a copy of your request to the Government at United States Attorney, 10 West Market Street, Suite 2100, Indianapolis, Indiana 46204, so that the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice and the request for a hearing for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court.

The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

DATE: 9/8/2014

Laura A. Briggs, CLERK
United States District Court

Laura Briggs, Clerk

BY: *Kelly Rota*

Deputy Clerk, U.S. District Court

**Turn Page for Request for Hearing Form**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:11CR00191-005 |
| ) | |
| MICHAEL FREDETTE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| NEW YORK STATE AND LOCAL ) | |
| RETIREMENT SYSTEM, ) | |
| ) | |
| Garnishee. ) | |

**REQUEST FOR A HEARING**

Pursuant to 28 U.S.C. § 3202 I request that the Court hold a hearing in this matter and

further state that:

Box No. 1 [ ]   I think that the property the Government is taking is exempt under an applicable exemption. ***Be sure to attach completed Claim for Exemption Form to this Request for a Hearing.***

Box No. 2 [ ]   I request that this proceeding be transferred to the district of my residence, which is the _____ District of _____.
(name of state)

*(Do not check Box #2 if you reside in the Southern District of Indiana).*

Dated:_____    Signature:_____
                      Name:_____
                      Address:_____
                      _____
                      Home phone No.: ( )
                      Daytime phone No. ( )

RETURN THIS REQUEST TO:

Clerk's Office
United States District Court
U.S. Courthouse, Room 105
Indianapolis, Indiana

SEND COPIES OF THIS REQUEST TO:

Shelese Woods
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204

Thomas P. DiNapoli, State Comptroller
New York Office of the Comptroller
Pension and Investment and Cash Management
110 State Street
Albany, NY  12244-0001
Garnishee Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:11CR00191-005 |
| ) | |
| MICHAEL FREDETTE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| NEW YORK STATE AND LOCAL ) | |
| RETIREMENT SYSTEM, ) | |
| ) | |
| Garnishee. ) | |

**NOTICE TO DEFENDANT DEBTOR
ON HOW TO CLAIM EXEMPTIONS**

The attached pre-judgment or post-judgment process has been issued on request of the United States of America.

The law provides that certain property and wages cannot be taken. Such property is said to be exempted. This Notice lists the exemptions under federal law and your state law. *There is no exemption solely because you are having difficulty paying your debts.*

If you claim an exemption, you should (i) fill out the claim for exemption form and (ii) deliver or mail the form to the Clerk of the Court and counsel for the United States. You have a right to a hearing within five business days, or as soon as practicable, from the date you file your claim with the court.

On the day of the hearing, you should come to court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case. If you do not come to court at the designated time and prove that your property is exempt, you may lose some of your rights. *You must attach the Claim for Exemptions Form to your request for hearing indicating under which provision you believe the subject property is exempt from garnishment.*

It may be helpful to you to seek the advice of an attorney in this matter.

CLAIM FOR EXEMPTION FORM
<u>EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)</u>

I claim that the exemption(s) from the levy which are checked below apply in this case.

_____ 1.   Wearing apparel and school books.--such items of wearing apparel and such school books as are necessary for the debtor and for members of his family.

_____ 2.   Fuel, provisions, furniture and personal effects.--So much of the fuel, provisions, furniture and personal effects in the debtor's household, and of the arms for personal use, livestock and poultry of the debtor, as does not exceed $2,500 in value.

_____ 3.   Books and tools of a trade, business or profession.--So many of the books and tools necessary for the trade, business or profession of the debtor as do not exceed in the aggregate $1,250 in value.

_____ 4.   Unemployment benefits.--Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, of the District of Columbia or Commonwealth of Puerto Rico.

_____ 5.   Undelivered mail.--Mail, addressed to any person, which has not been delivered to the addressee.

_____ 6.   Certain annuity and pension payments.--Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force and Coast Guard Medal of Honor roll (38 U.S.C. 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of the United States Code.

_____ 7.   Worker's Compensation.--Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a worker's compensation law of the United States, of any State, of the District of Columbia or Commonwealth of Puerto Rico.

_____ 8.   Judgments for support of minor children.--If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his

        salary, wages or other income as is necessary to comply with such judgment.

_____      9.     Certain service-connected disability payments.--Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under--(A) subchapter II, III, IV, V or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 37 or 39 of such Title 38.

_____      10.    Assistance under Job Training Partnership Act.--Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

      The statements made in this claim of settlement to exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

By signature below, I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

(_____) or telephonically at (_____)
                        Address                                            Phone no.

_____
Debtor's printed or typed name

_____             _____
Date Signed                 Debtor's Signature

RETURN THIS FORM TO:

Clerk's Office
United States District Court
U.S. Courthouse, Room 105
Indianapolis, Indiana 46204

SEND COPIES OF THIS FORM TO:

Shelese Woods
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN   46204

Thomas P. DiNapoli, State Comptroller
New York Office of the Comptroller
Pension Investment and Cash Management,
Garnishee Defendant
110 State Street
Albany, NY 12244-0001