UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:11-cr-00191-SEB-DKL |
| | ) | -05 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL FREDETTE | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### COURT ORDER

The Court, having examined the *Motion for Ninety (90) Day Extension for Michael Fredette to Advise the Court Whether He Seeks a Hearing on the Garnishment Proceedings*, [docket 553] now DENIED this motion.

SO ORDERED.

Date: 9/26/2014

*[signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record via ECF