UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

14 SEP 25 PM 12: 25

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                              Cause No. 1:11CR00191-005-SEB-DKL

MICHAEL FREDETTE,

                Defendant.

NEW YORK STATE
AND LOCAL RETIREMENT SYSTEM,

                Garnishee,

---

## ANSWER OF THE GARNISHEE

Patricia Suter, an attorney admitted to practice in the State of New York, affirms the following under penalty of perjury pursuant to CPLR 2106.

1. The Comptroller of the State of New York is the administrative head of the New York State and Local Retirement System (NYSLRS). NYSLRS is the defined benefit qualified public pension plan for most employees of the State of New York and over 3,000 participating local public employers. NYSLRS administers over 150 membership plans and provides retirement and death benefits for over one million members, retirees and beneficiaries. Pursuant to the terms of the New York State Retirement and Social Security Law, members are eligible for service retirement, disability retirement and death benefits. Service and disability retirement benefits are payable for life in the form of a monthly pension based upon the particular terms of the plan, length of service and final average salary. Death benefits may be payable as a monthly pension or in a lump sum.

2. Michael Fredette is a vested member of NYSLRS with approximately 5.75 years of service credit. He was last reported to NYSLRS on November 30, 2011 based upon employment with the Department of Transportation.

3. As a vested member of NYSLRS, Mr. Fredette will be entitled to file an application for a reduced early service retirement benefit upon reaching the age of 55. No benefits are available to him prior to age 55. As a Tier 4 member of NYSLRS, Mr. Fredette contributed three percent of annual wages to the Retirement System while in active service. The New York State Retirement and Social Security law (Section 613) allows a member who has more than five years but less than ten years of credited service to withdraw their retirement contributions. Mr. Fredette has accrued $11,476.84 in member contributions. In the event that Mr. Fredette withdraws these contributions his membership and all rights associated with that membership in the NYSLRS will terminate. The Retirement System has no legal authority to withdraw a member's contributions.

4. There are no other benefits or funds available to Mr. Fredette through NYSLRS. As a defined benefit pension plan, NYSLRS has no funds available for garnishment, attachment or other legal process unless and until Mr. Fredette files for service or disability retirement.

5. NYSLRS has no record of any previous garnishments filed against Mr. Fredette.

Dated:  Albany, New York
        September 19, 2014

PATRICIA G. SUTER



Office of the New York State Comptroller
**Thomas P. DiNapoli**
<u>New York State and Local Retirement System</u>
 Employees' Retirement System
 Police and Fire Retirement System
 110 State Street, Albany, New York 12244-0001

Phone: 518-474-3494
Fax: 518-486-3106
E-mail: PSuter@osc.state.ny.us
Web: www.osc.state.ny.us/retire

Patricia Suter, Supervising Attorney, Legal Services Bureau

September 19, 2014

United States District Clerk
United States District Court
46 East Ohio Street
U.S. Courthouse, Room 105
Indianapolis, Indiana 46204

Re: United States v. Fredette
Cause No. 1:11CR00191-005

Dear Sir/Madam:

In response to the Writ of Garnishment served on our office on September 16, 2014, please find enclosed the executed Answer of the Garnishee for filing with the Court.

Very truly yours,

Patricia G. Suter
Supervising Attorney

PS
Enclosures
Cc: Shelese Woods
**Assistant United States Attorney**
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204

Michael Fredette