UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:11-cr-00191-SEB-DKL |
| | ) | |
| MICHAEL FREDETTE, | ) -05 | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**I.**

This matter is before the Court on the Defendant's Motion for Compassionate Release pursuant to the First Step Act of 2018 [Dkt. 832]. Pursuant to General Order, the Office of the Indiana Federal Community Defenders has been appointed to represent any defendant previously determined to have been entitled to appointment of counsel, or who was previously represented by retained counsel and is presently indigent, to determine whether that defendant may be eligible for compassionate release from incarceration in accordance with Section 603 of the First Step Act of 2018. Accordingly, the Court appoints the Indiana Federal Community Defender's Office to appear for the Defendant for this purpose. The Indiana Federal Defender's Office shall file an appearance within 7 days of the date of this Order. Should the Indiana Federal Community Defender be unable to represent a defendant bringing a motion under Section 603, substitute Criminal Justice Act counsel may seek leave to appear on defendant's behalf pursuant to 18 U.S.C. § 3006A(c) (representation may be furnished for financially eligible persons in "ancillary matters appropriate to the proceedings").

**II.**

Pending the counsel's review and analysis of the Defendant's eligibility for compassionate release pursuant to the First Step Act of 2018, and to allow counsel to communicate with the Defendant regarding the attorney-client relationship, this matter is stayed. Proceedings will resume, and the stay will be lifted, when counsel files an Amended Motion for Compassionate Release on the Defendant's behalf, a Stipulation to Reduction of Sentence is filed, or the Court grants counsel's motion to withdraw from the Defendant's case.

**IT IS SO ORDERED.**

Date: 10/23/2019

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

Counsel of Record via CM/ECF

Indiana Federal Defender's Office

Michael Fredette #19375-052
Federal Medical Center, Butner
P.O. Box 1600
Butner, NC 27509