# UNITED STATES DISTRICT COURT
for the
Southern District of the Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:11CR00191-005 |
| Michael Fredette | ) | USM No. 19375-052 |
| | | Mario Garcia |
| | | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to the First Step Act of 2018

Upon motions of the defendant for a reduced sentence based on the First Step of Act of 2018, and having considered such motion,

**IT IS ORDERED** that the motion is DENIED.

**IT IS SO ORDERED**.

Order Date: 11/19/2019

*[Signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana